IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR GONZALEZ,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-CV-4880** |
| : | |
| **CORRECTION OFFICER** : | |
| **PRESCOTT,** *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 24th day of November 2025, upon consideration of Plaintiff Victor Gonzalez's Motion to Proceed In Forma Pauperis (ECF No. 4), his Prisoner Trust Fund Account Statement (ECF No. 5), and his *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed in forma pauperis is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Victor Gonzalez, #MV-4771, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Fayette or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Gonzalez's inmate account; or (b) the average monthly balance in Gonzalez's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Gonzalez's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Gonzalez's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this order to the Superintendent of SCI Fayette.

4. The Complaint is **DEEMED** filed.

5. For the reasons stated in the Court's Memorandum, Gonzalez's official capacity claims, his state law assault and battery claim against Defendant Prescott, and his claim for retrospective declaratory relief are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). All claims against the SCI Phoenix Medical Department are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Gonzalez's Eighth Amendment deliberate medical indifference and state law medical malpractice are **DISMISSED WITHOUT PREJUDICE** to reasserting them against a proper defendant.

6. The Clerk of Court is **DIRECTED** to terminate SCI Phoenix Medical Department as a Defendant.

7. Gonzalez may file an amended complaint within thirty (30) days of the date of this Order in the event he can allege additional facts to state a plausible claim based on his medical care at SCI Phoenix. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Gonzalez's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 25-4880. If Gonzalez files an amended complaint, it must be a complete document that includes all of the bases for Gonzalez's claims, including claims that the Court has not yet dismissed if he seeks to proceed on those claims. **Claims that are not included in the amended complaint will not be considered part of this case.** Gonzalez may not assert a claim that has already been dismissed with prejudice. When

drafting his amended complaint, Gonzalez should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

8. The Clerk of Court is **DIRECTED** to send Gonzalez a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Gonzalez may use this form to file his amended complaint if he chooses to do so.

9. If Gonzalez does not file an amended complaint the Court will direct service of his Complaint on Defendant Prescott **only** for a responsive pleading on Gonzalez's failure to protect and civil rights conspiracy claims. Gonzalez may also notify the Court that he seeks to proceed on these claims rather than file an amended complaint. If he files such a notice, Gonzalez is reminded to include the case number for this case, 25-4880.

10. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

BY THE COURT:

/s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**